**Order entered June 29, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00708-CR

**SADUMAN K. GURBUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82278-2013**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine whether appellant was entitled to court appointed counsel. On June 28, 2018 we received the trial court's findings. We **ADOPT** the findings that appellant is indigent and entitled to court-appointed counsel in this appeal. We **DIRECT** the Clerk to list Hunter Biederman as appointed counsel for appellant.

The record is due August 3, 2018.

/s/     LANA MYERS
        JUSTICE